

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 12, 2025

**MEMO ENDORSED**

**BY ECF AND FAX**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re:  *United States of America v. Dunaway, et al.*
> No. 25 Civ. 261 [rel. 22 Civ. 6039] (NSR)

Dear Judge Román:

This Office represents the United States of America (the "Government") in this Fair Housing Act case. We respectfully request that the Court: (1) adopt, in this case, the case management order and schedule recently ordered by the Court in the related case captioned *DeLeon, et al. v. Dunaway, et al.*, 22 Civ. 6039 (NSR) (JCM) (the "Related Case"), with one exception as set forth below; and (2) as in the Related Case, refer this matter to the Honorable Judith C. McCarthy, United States Magistrate Judge, for general pretrial purposes. *See DeLeon*, 22 Civ. 6039, Dkt. Nos. 94, 95 (orders entered Nov. 20, 2025). Copies of those orders are attached as exhibits to this letter.

We make this request because, as set forth in the Government's Statement of Relatedness (Dkt. No. 3), there is significant factual overlap between the allegations in the Government's Complaint in this case and the allegations in plaintiffs' Amended Complaint in the Related Case. As a result, it will significantly streamline discovery in both cases if all parties are subject to the same discovery deadlines.

Earlier this week, the Government informed Defendants of this request. In response, defendants Douglas Dunaway and the Estate of Louise Dunaway requested that the date for the parties' first request for production of documents to be extended to a date in January 2026, but otherwise consented to the remaining deadlines in the Government's proposed schedule. The Government consents to Defendants' request for an adjustment of the deadline in paragraph 6 of the Court's case management order for serving initial requests for production, and correspondingly requests that the Court set a January 9, 2026, deadline for such requests. The Government did not receive any response from defendant Michael Dunaway.

Lastly, the Government respectfully informs the Court that the Government intends to move for default judgment against defendant Michael Dunaway, who has failed to answer or otherwise respond to the Government's complaint (or to the plaintiffs' complaint in the Related


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2025

Case). *See also* Order, Dkt. No. 91, Related Case, 22 Civ. 6039 ("Defendant Michael Dunaway has failed to answer or otherwise respond. Accordingly, Plaintiffs' remedy is to proceed by way of default as against Defendant Michael Dunaway due to his failure to answer or otherwise respond to the amended complaint"). The Government respectfully requests that the Court set a deadline of January 30, 2026, for the Government to file its motion for default judgment.

We thank the Court for its consideration of these requests.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Charles S. Jacob*
CHARLES S. JACOB
CHRISTINE POSCABLO
KAMIKA SHAW
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2725/2674/2768
Email:  charles.jacob@usdoj.gov
  christine.poscablo@usdoj.gov
  kamika.shaw@usdoj.gov

cc: Counsel for Douglas Dunaway (by ECF)
    Michael Dunaway, *Pro Se* (by U.S. mail, with attachments)
    Brian Cohen, Esq., Counsel for Plaintiffs in 22 Civ. 6039 (by email)

Attachments: (1) Civil Case Discovery Plan and Scheduling Order in 22 Civ. 6039 (NSR)
             (2) Order of Reference to a Magistrate Judge in 22 Civ. 6039 (NSR)

**With the consent of the parties, the Court adopts the Case Management Plan and Scheduling Order (the "CMPSO") issued in the related case, 22-civ-6039. (See ECF No. 95.) Accordingly, the CMPSO shall equally apply to the instant action.**
**The Court further directs that the first request for production of documents, if any, which is scheduled to be served by December 19, 2025, be extended to January 9, 2026.**
**The Government is referred to the Court's Individual Rules, Schedule A and ECF Rules 16.1 and 16.3 regarding seeking an Order to Show Cause for Default Judgment without Emergency Relief. Clerk of Court is kindly requested to terminate the motion at ECF No. 16, to mail a copy of this endorsement to *pro se* Defendant Michael Dunaway at 44 Sylvan Road, Port Chester, NY 10573 and to show service on the docket.**
**Dated: December 15, 2025**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE